THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Karlton Katrell
 Brockman, Appellant.
 
 
 

Appeal From Spartanburg County
Roger L. Couch, Special Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-188
Submitted April 1, 2009  Filed May 5,
 2009
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Robert M. Dudek, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney Donald J. Zelenka, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM: Karlton
 Katrell Brockman appeals his guilty pleas and sentences for murder and armed
 robbery, arguing his plea failed to comply with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's
 motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.